IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **AFFINITY LABS OF TEXAS, LLC,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**CLEAR CHANNEL BROADCASTING,** )<br>**INC.; CUMULUS MEDIA INC.; AND** )<br>**UNIVISION INTERACTIVE MEDIA** )<br>**INC.,** )<br>)<br>**Defendants.** )<br>) | C.A. No. 1:12-CV-00205-LY |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Affinity Labs of Texas, LLC ("Affinity") and Defendants iHeartMedia + Entertainment, Inc. (f/k/a Clear Channel Broadcasting, Inc.) ("iHeartMedia"), Cumulus Media Inc. ("Cumulus"), and Univision Interactive Media Inc.("Univision") (collectively, the "Parties") hereby jointly move the Court for an order dismissing all of Affinity's claims against iHeartMedia, Cumulus, and Univision in this action with prejudice, dismissing all of iHeartMedia's counterclaims against Affinity in this action with prejudice, dismissing all of Cumulus' counterclaims against Affinity in this action with prejudice, and dismissing all of Univision's counterclaims against Affinity in this action with prejudice, subject to the terms of a certain agreement between the Parties entitled "CONFIDENTIAL SETTLEMENT AND PATENT LICENSE AGREEMENT" with each party to bear its own attorneys' fees and costs.

Respectfully submitted:

Dated: December 30, 2014

_____s/ Brian M. Cook_____

George A. Riley (Admitted Pro Hac Vice)
Lead Counsel
griley@omm.com - CA S.B. #118304
Darin W. Snyder (Admitted Pro Hac Vice)
dsnyder@omm.com - CA S.B. #136003
Luann Simmons (Admitted Pro Hac Vice)
lsimmons@omm.com - CA S.B. #203526
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Ryan K. Yagura - TX S.B. #240755933
ryagura@omm.com - CA S.B. #197619
Nicholas J. Whilt (Admitted Pro Hac Vice)
nwhilt@omm.com - CA S.B. #247738
Brian M. Cook (Admitted Pro Hac Vice)
bcook@omm.com - CA S.B. #266181
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407

Sarah A. Pfeiffer (Admitted Pro Hac Vice)
spfeiffer@omm.com - CA S.B. #278205
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92661
Telephone:     (949) 823-6900
Facsimile:      (949) 823-6994

*Attorneys for Defendants iHeartMedia + Entertainment, Inc., Cumulus Media Inc., and Univision Interactive Media Inc.*

|  |  |
|---|---|
| Dated:  December 30, 2014 | By:     s/ Brian McQuillen                              |

Thomas W. Sankey
TX Bar No. 17635670
twsankey@duanemorris.com
Diana M. Sangalli (*admitted pro hac vice*)
TX Bar No. 24033926
dmsangalli@duanemorris.com
Duane Morris LLP
1330 Post Oak Blvd., Suite 800
Houston, TX  77056-3166
Tel.:    713.402.3900
Fax:    713.402.3901

*Of Counsel*:
Matt Gaudet (*admitted pro hac vice*)
GA Bar No. 287789
mcgaudet@duanemorris.com
Duane Morris LLP
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
Tel: 404.253.6900
Fax: 404.253.6901
Brian McQuillen (*admitted pro hac vice*)
bmcquillen@duanemorris.com
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086 Tel.: 212.692.1000
Fax: 212.692.1020

*Attorneys for Plaintiff Affinity Labs of Texas, LLC*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 30, 2014, the foregoing Plaintiff Affinity Labs of Texas, LLC's Stipulated Motion for Dismissal With Prejudice was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

s/ Brian McQuillen
Brian McQuillen
