IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 JAN -5 AM 9: 47
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL BROADCASTING INC.; CUMULUS MEDIA INC.; AND UNIVISION INTERACTIVE MEDIA INC.,<br><br>Defendants. | Civil Action No. 1:12-CV-00205-LY |

## ORDER

The Court has considered the Stipulated Motion for Dismissal with Prejudice filed by Plaintiff Affinity Labs of Texas, LLC ("Affinity") and Defendants iHeartMedia + Entertainment, Inc. (f/k/a Clear Channel Broadcasting, Inc.) ("iHeartMedia"), Cumulus Media Inc. ("Cumulus"), and Univision Interactive Media Inc.("Univision") (collectively, "the Parties") and finds that good cause has been shown and is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that all of Affinity's claims against iHeartMedia, Cumulus, and Univision in this action, all of iHeartMedia's counterclaims against Affinity in this action, all of Cumulus' counterclaims against Affinity in this action, and all of Univision's counterclaims against Affinity in this action are dismissed with prejudice, subject to the terms of a certain agreement between the Parties entitled "CONFIDENTIAL SETTLEMENT AND PATENT LICENSE AGREEMENT" with each party to bear its own attorneys' fees and costs.

SIGNED this 5th day of January, 2015.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT COURT JUDGE